A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

RECEIVED

JUN 21 2019

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ALPHONSE C. PORTER
Plaintiff

380822
Inmate Number

VERSUS

CAPTAIN JUAN MANCHESTER,
CAPTAIN DAMON TURNER,
MAJOR DAVID VOORHIES, JR.,

COL. TRENT BARTON,

ASSISTANT WARDEN SHANNON DEMARS
(Enter above the full name of each
defendant in this action.)

Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( ) No ( ✓ )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
    Plaintiff(s): _____

    _____

    Defendant(s): _____

    _____

2. Court (if federal court, name the district; if state court, name the parish):

    _____

    _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

    _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

    _____

    _____

6. Date of filing lawsuit: _____
7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
    Yes ( )       No ( ✓ )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.
_MIDDLE DISTRICT FEDERAL COURT -- 2014 - CV - 00524 - BAJ - EWD ;    06 - 191 - JJB - SCR_

II.     Place of present confinement: _ANGOLA, LOUISIANA STATE PENITENTIARY_

A.  Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C.  If your answer is Yes:

1.  Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _CASE NUMBER: LSP - 2019 - 0129_

2.  What steps did you take? _THE 1ST STEP AND 2ND STEP PLAINTIFF EXHAUSTED both REQUIRED STEPS_

3.  What was the result? _DENIED RELIEFs AND OR REFUSED TO ACKNOWLEDGE PLAINTIFF's CONSTITUTIONAL RIGHTS WERE VIOLATED._

D.  If your answer is No, explain why not: _____

III.    Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff(s) _ALPHONSE C. PORTER_
Address _ANGOLA, LOUISIANA STATE PENITENTIARY, CAMP - D - RAVEN - 4 - L - #1_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __JUAN MANCHESTER_____ is employed as
__CAPTAIN_____ at _ANGOLA, LOUISIANA_
_STATE PENITENTIARY_____
C. Additional Defendants: _CAPTAIN DAMON TURNER, MAJOR DAVID_
_VOORHIES, JR., COL. TRENT BARTON, ASSISTANT WARDEN SHANNON_
_DEMARS_____ ALL PARTIES ARE EMPLOYED AT ANGOLA, LOUISIANA_
_STATE PENITENTIARY_

IV.    Statement of Claim

State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  **Do not given any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

PLEASE SEE ENCLOSED

ATTACHED EXTRA SHEETS

OF COMPLAINT ... PAGES 1 - 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

" ATTACHED EXTRA SHEETS of COMPLAINT "

THIS IS A CIVIL ACTION AUTHORIZED by 42 U.S.C. SECTION 1983 To REDRESS THE deprivation UNDER COLOR of STATE LAW of RIGHTS SECURED by THE CONSTITUTION OF THE UNITED STATES PLAINTIFF, HAS BEEN subjected To MALICIOUS & SADISTIC, VIOLATIONS By THE DEFENDANTS - VIA EXCESSIVE force, EXCESSIVE AMOUNTS of CHEMICAL AGENTS dispersed, WITHOUT ALLOWING PLAINTIFF To DECONTAMINATE, AND NOT RESPECTING PLAINTIFF'S RELIGION, AND RETALIATIONS. PLAINTIFF, IS SUE-ing ALL THE DEFENDANTS IN THEIR INDIVIDUAL CAPACITIES. PLAINTIFF, SUBMITTS THIS COMPLAINT, UNDER PENALTY of PERJURE, TO BE TRUE AND CORRECT.

... ON OCTOBER 30, 2018, I, ALPHONSE C. PORTER ( PLAINTIFF ) WAS HOUSED AT ANGOLA, LOUISIANA STATE PENITENTIARY, CAMP-C-JAGUAR 1-RIGHT - WHEN THE DEFENDANTS, CAPTAIN JUAN MANCHESTER, MAJOR DAVID VOORHIES, JR., APPROACHED PLAINTIFF, IN A HARRASSING MANNER, disRESPECTING AND THREATING PLAINTIFF, BECAUSE of PLAINTIFF'S RELIGIOUS BELIEFS " RASTAFARIAN " THE DEFENDANTS, J. MANCHESTER & D. VOORHIES, WERE PERSISTENT IN THEIR THREATS To HARM PLAINTIFF, IF PLAINTIFF did NOT get A HAIRCUT AND SHAVE - IMMEDIATELY PLAINTIFF EXPRESSED To THE DEFENDANTS THAT PLAINTIFF KNOWS PLAINTIFF'S RIGHTS, AND WILL BE FILING GREIVANCE AGAINST both DEFENDANTS - THE DEFENDANTS, BECAME AGITATED AT HEARING THIS FROM PLAINTIFF AND PLAINTIFF WAS ORDERED To THE CELL-door-bAR To bE RESTRAIN VIA WAIST-CHAIN-CUFFS AND LEG-IRON-SHACKLES, PLAINTIFF COMPLIED, AND WAS ESCORTED To TIGER-1-RIGHT (dUNGEON) SHOWER WHERE WITHOUT ANY JUSTIFICATION AND OR PROVOCATION, by PLAINTIFF, PLAINTIFF WAS dispersed, WITH EXCESSIVE AMOUNTS of CHEMICAL AGENTS by BOTH DEFENDANTS JUAN MANCHESTER AND DAVID VOORHIES, JR. - PLAINTIFF, NEVER WAS ALLOWED To DECONTAMINATE AFTER BEING CHEMICAL AGENT ... ON NOVEMBER 8, 2018 - THE DEFENDANTS, JUAN MANCHESTER, DAVID VOORHIES, JR., TRENT BARTON, DAMON TURNER AND SHANNON DEMARS - WERE NOT SATISFIED WITH SEEING PLAINTIFF'S REMAIN BELIEFS IN RASTAFARIAN RELIGION; AND THE DEFENDANTS, TRENT BARTON & SHANNON DEMARS GAVE ORDERS To DEFENDANTS, JUAN MANCHESTER, DAVID VOORHIES, JR., AND DAMON TURNER - To CHEMICAL AGENT AND USE MALICIOUS & SADISTIC

- PAGE 1 -

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of LOUISIANA

" ... CONTINUED, ATTACHED EXTRA SHEETS
of COMPLAINT "

TACTIC AGAINST PLAINTIFF - if PLAINTIFF DID NOT SUBMIT TO BELIEVING IN THE DEFENDANTS AS GODS ... DEFENDANT JUAN MANCHESTER, ORDERED PLAINTIFF TO COME TO THE CELL-DOOR-BARS, TO BE RESTRAINED - PLAINTIFF COMPLIED, AND WAS PLACED IN WAIST-CHAIN-CUFFS AND LEG-IRON-SHACKLES, AND ESCORTED FROM JAGUAR TO TIGER'S LOBBY AREA, WHERE THE DEFENDANTS CONTINUED THREATS TO USE MALICIOUS & SADISTIC PHYSICAL HARM AGAINST PLAINTIFF, if PLAINTIFF DID NOT SUBMIT TO CALLING THE DEFENDANTS GODS AND GETTING A HAIRCUT & SHAVE - - PLAINTIFF AGAIN AWARED THE DEFENDANTS, THAT SHAVING & CUTTING of PLAINTIFF'S HAIR, IS AGAINST PLAINTIFF'S RELIGIOUS BELIEFS - - DEFENDANTS, JUAN MANCHESTER, DAVID VOORHIES, JR., AND DAMON TURNER, CONTINUED THEIR TREATS TO PHYSICALLY HARM PLAINTIFF - - THE DEFENDANTS SURROUNDED PLAINTIFF IN A INTIMIDATING STYLE AND PLAINTIFF GOT ON HIS KNEES, AND STARTED PRAYING TO JAH - - WHEN THE DEFENDANTS DAVID VOORHIES, JR. HITS PLAINTIFF IN THE SIDE, TWICE, WITH A CHAIR, KNOCKING OVER TO THE FLOOR PLAINTIFF WENT FROM THE KNEELING POSITION PLAINTIFF WAS IN - - DEFENDANT DAVID VOORHIES, JR., THEN STANDS OVER PLAINTIFF, CURSING AND THREATING TO KILL PLAINTIFF, AND THEN JERKING PLAINTIFF UP FROM THE FLOOR, AND GRABBING PLAINTIFF BY THE THOART AND SLAMMING PLAINTIFF HARD AGAINST THE CONCRETE WALL, KNOCKING THE AIR OUT of PLAINTIFF [ NOTE: DEFENDANT DAVID VOORHIES, JR. WEIGHT IS ADDROX. 250-265 lbs. AND HEIGHT APPROX. 6'1 - 6'2"/₃, PLAINTIFF'S, WEIGHT IS 158 lbs. AND HEIGHT 5'6"/₃ ]   DEFENDANT DAMON TURNER, THEN GRABS PLAINTIFF AND SLAMS PLAINTIFF TO THE FLOOR, BUSTING PLAINTIFF'S HEAD AND DIZZIED - - BUT DEFENDANT DAVID VOORHIES, JR. CONTINUED IN RAGE AND STRADDLED ATOP of PLAINTIFF, SITTING ON PLAINTIFF'S STOMACH - - DEFENDANT JUAN MANCHESTER, IS ORDERED BY DEFENDANT DAVID VOORHIES, JR., TO GIVE THE CLIPPERS TO HIM, AND FORCEFULLY, DEFENDANT DAVID VOORHIES, JR. HITS PLAINTIFF SMACKED IN THE MOUTH WITH THE CLIPPERS, MOUTH BUSTED, FRONT TWO TEETHS CHIPPED & LOOSEN - - THE IRON BLADES OF THE CLIPPERS, WERE PRESSED VERY HARD INTO PLAINTIFF'S FACE, BLOOD-OOZED OUT AS ONE PATCH OF FACIAL HAIR TO BOTH SIDES OF PLAINTIFF'S BREARD WAS CUT - - DEFENDANT DAVID VOORHIES, WAS INTENTLY PERSISTENT IN USING MALICIOUS & SADISTIC TACTIC, HUMILIATING PLAINTIFF - - AND CONTINUED BY SMACKING PLAINTIFF WITH THE CLIPPERS ASIDE PLAINTIFF'S HEAD, BUSTING THE SIDE of PLAINTIFF'S HEAD, AND FORCE-

- PAGE 2 -

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUIANA

" ... CONTINUED, ATTACHED EXTRA SHEETs
OF COMPLAINT "

- FULLY CUT A LARGE PATCH OF HAIR ON BOTH SIDES OF PLAINTIFF'S HEAD ... WHILE THE MALICIOUS & SADISTIC ACTIONS OF DEFENDANT VOORHIES WAS HAPPENING -- DEFENDANT DAMON TURNER, WAS USING HIS HEAVY-FEET, STEPPING ON PLAINTIFF'S WRIST AND THE WAIST-CHAIN-CUFFS, MAKING THE IRON CUFFS TIGHTEN SO TIGHT THAT PLAINTIFF SCREAMED-OUT IN PAIN, AS THE CUFF'S IMPRESSION WAS LEFT ON PLAINTIFF'S LEFT WRIST -- AS PLAINTIFF WAS SCREAMING-OUT IN PAIN, DEFENDANT MANCHESTER, STOOD BY WATCHING & LAUGHING -- DEFENDANT BARTON, LOOKED IN FROM THE DIS-CIPLINARY COURT ROOM, WHICH IS APART OF TIGER'S LOBBY, SMILED AND STATED TO PLAINTIFF, "THERE IS ALOT MORE OF THAT TO COME IF PLAINTIFF DIDN'T BELIEVE IN THE DEFENDANTS AS GODS" ... ON NOVEMBER 18, 2018, THE DEFEND-ANTS CAME TO JAGUAR, AGAIN, IN A HARSSING AND RETALIATION MANNER, AFTER NOTICING PLAINTIFF WAS WEARING THE FORCEFULLY SHAVE & HAIR CUT-PATCHES, PLAINTIFF WAS CHEMICAL AGENT IN RETALIATION, WITH EXCESS-IVE AMOUNTS OF CHEMICAL AGENT [ CHEMICAL AGENT BEGINING WEIGH 610 GRAMS - AND ENDING WEIGH 415 GRAMS ] PLAINTIFF NEVER WAS ALLOWED TO DECONTAMINATE AFTER BEING DISPERSED WITH THE CHEMICAL AGENT.

- PAGE 3 -

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. *JURY TRIAL; HAVE DEFENDANTS & INSTITUTION RESPECT MY RELIGION; COMPENSATORY DAMAGES, PUNITIVE DAMAGES, ETC...*

VI.  Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this __12__ day of __JUNE__, 20_19_.

*alphonse C. Porter*

Signature of plaintiff(s)