

John Bel Edwards
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

WEST FELICIANA

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate Name: | Alphonse Porter | DOC# | 380822 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☐ **Medical only** | July 2018 – January 2019 |
| ☐ **Mental Health only** | |
| ☒ **Medical and Mental Health** | |
| ☐ **Other** | |

| Copies made for: | ▉▉▉▉▉▉▉ AG's Office Baton Rouge, LA | |
|---|---|---|
| Signature: | *Jamie L. Sharp*  Jamie L. Sharp  Ex-Officio Notary Public, #92150  Department of Public Safety and Corrections/LSP | Date: 11/23/19 |

**EXHIBIT 1**

035560

**Form HC-01-A**
**14 September 2009**                Health Care Request Form    Institution: ___

Alphonse Porter   380822   39   Jagile   ___
Name              DOC#     Age  Housing    Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

~~SDE-Con~~ Conf. c̄ Security.

Health Care Personnel Screening:   Date: 11·08·18  Time: 1253  Location Seen: ___

(Circle One)  Emergency / Routine Sick Call / Work Related  Allergies: NKDA

B/P 136/84  Pulse 70  Resp 17  Temp ____  Other ____

Assessment/Comment: Pt. being seen 2° confrontation c̄ security. A+Ox4, speaks in complete sentences, ambulatory. Pt has few scratches on neck. Øbleeding Pt. has slightly raised red marks on wrist from restraints. PROM, PMS present. Pt has no other medical complaints.

**Disposition:**

M.D

**New Medications Ordered:**

Total #: Ø

Screener's Signature: BTucker589

**Health Care Practitioner Notes:**

HCP's Signature  11/9/18  Date:

☒ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $ ___ Total: $ Ø

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Alphonse Porter          380822    11·08·18   BTucker589
Offender's Signature      DOC#      Date        Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

Form HC-01-A
14 September 2009

**Health Care Request Form**    Institution: _LSP_

023456

18:35

| | | | | |
|---|---|---|---|---|
| A-1 Phonse Porter | 380822 | 39B | Jay 1/R | L10 |
| Name | DOC# | Age | Housing | Job Assignment: |

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

Wrist Pain / Body aches

Health Care Personnel Screening:    Date: _11-8-18_    Time: _20:57_    Location Seen: _Jay 1/R_

(Circle One) **Emergency** / Routine Sick Call / Work Related Allergies: _NKDA_

B/P _128/74_    Pulse _68_    Resp _18_    Temp _98.1_    Other _____

Assessment/Comment: P.T. is a 39yo B/m Anxiety in all complains (R) wrist pain and pain to center center of his ex. P.T. states he now finally should train od they had to build him down. P.T. voice pain to ex on palpate on ex ad P.T. has a mark on his (R) arm mild o-trans refer to Body.

Olenzopine, Fluoxatine
Throat Lozenges, 3 A OTnt. multi-vit, besoften, metronezole, mobic Keppra

**Disposition:**

MD

**New Medications Ordered:**
Throat Lozeng.

Total #: _____

Screener's Signature: _LT Blank Acto_

**Health Care Practitioner Notes:**

HCP's Signature: _____    Date: _____

☐ No Fees  ☐ $3 Access Fee  ☑ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____    Total: $ _600_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| | | | |
|---|---|---|---|
| _Alphonse Porter_ | _380822_ | _11-8-18_ | _Blank_ |
| Offender's Signature | DOC# | Date | Witness Signature |

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

003141

Form HC-01-A
14 September 2009

**Health Care Request Form**

Institution: _Angola_

Name: _Alphonse Porter_    DOC#: _380822_    Age: _39_    Housing: _JAG-1-RIGHT_    Job Assignment: _N/A_

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

Please order: Triple Antibiotic Ointment; Phenaseptic --- Need Ointment for Chemical Agent Burns on body to face & other areas

Health Care Personnel Screening:    Date: _11/6/18_    Time: _627_    Location Seen: _Jag 1_

(Circle One) **Emergency** / Routine Sick Call / Work Related    Allergies: _NKDA_

B/P _138/72_    Pulse _80_    Resp _20_    Temp _98_    Other _N/A_

Assessment/Comment: _Pt c/o of face burning & burns to face and tingle in throat. Pt a+o x3 ambulatory standing at cell bars to door. From pulses pept to frame to face. Pt had tears for the other burns g wed._

**Disposition:**

M/D
Rx OTC placed in Bin

**New Medications Ordered:**
_Triple Antibiotic ointment_

Total #: _2_

Screener's Signature: _Sellsu_

**Health Care Practitioner Notes:**

Agree c dispot
11-7-18 Buplosk

HCP's Signature: _____    Date: _11/7/18_

☐ No Fees  ☑ $3 Access Fee  ☐ $6 Access Fee  ☑ $2 for Each Prescription Fee: $ _4.00_    Total: $ _7.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Offender's Signature: _Alphonse Porter_    DOC#: _380822_    Date: _11/6/18_    Witness Signature: _____

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

003118

Form HC-01-A
14 September 2009

**Health Care Request Form**

Institution: _AnGola_

_Alphonse Porter_  _380822_  _39_  _Jag-1-Right_  _N/A_
Name     DOC#     Age     Housing     Job Assignment:

OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:

_Please Order: Triple Antibiotic Ointment; Hydrocortesone Cream; And Phenaseptic Spray ---_

_Left & Right Wrist Pain, And Left & Right Ankle Pain._
_Need to be seen by Doctor._

Health Care Personnel Screening: Date: _11/3/18_ Time: _0554_ Location Seen: _TX?_

(Circle One) **Emergency** / Routine Sick Call / Work Related    Allergies: _____

B/P _132/80_ Pulse _76_ Resp _16_ Temp _____ Other _____

Assessment/Comment: _Ambulatory on scene. ⊖ apparent distress. Skin warm & dry. No ___ ⊖ open wounds ⊘ active cough. ⊖ redness/ swelling/ pustules to throat. C/o chronic ① wrist + ankle pain. ⓅMS ⊗ ① ⊖ signs of trauma. Pt denies injury. PROM to digits_

**Disposition:**

_MD_

**New Medications Ordered:**

_____
_____
_____
Total #: _____

Screener's Signature: _[signature]_

**Health Care Practitioner Notes:**

_∆ Schedule clin A cal 2 appt; Pat ___ of ___ week_
_[signature] 11/5/19 9:45 am_

HCP's Signature: _[signature]_  Date: _11/8/18_

☐ No Fees  ☒ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $ _⊘_ Total: $ _0_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_Alphonse Porter_  _380822_  _10/3/18_  _[signature]_
Offender's Signature    DOC#    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

6 6 4 6 - [ ]

**Louisiana State Penitentiary**
**R. E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

P5NMDF

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| PORTER | ALPHONSE | 380822 | C JAG 1/R | 11/2/2018 |

Time: 11:11:03 AM

| BP: | Temp | Pulse | Resp: | Height | Wt.: |
|---|---|---|---|---|---|
| / | | | | | |

DOB 12/23/78 39 year old B Male

Allergies:

Reason for Vis HERNIA REVIEW

Chief Complaint:

O2 Saturation [ ]

**LSP**

S: 39 yo B♂ comes in for hernia check. Claims he has a "Knot" in [illegible] upper abd. & hernia in Rt groin

O: [illegible] Small subcut[illegible] mass, No [illegible] defect in fascia

Bilateral Inguinal exam normal. no inguinal hernia

Assessment:
1. No hernia detected
2.
3.
4.
5.

Plan:
1. Discharge from Hernia Clinic
2.
3.
4.
5.

K. [illegible] MD 11-2-18 10:45pm

C O A [ ]

11/2/18 [signature]

Date MD Signature

023926

**Form HC-01-A**
**14 September 2009**　　　　　**Health Care Request Form**　　　Institution: _KP_

Name: _Alphura port_　DOC# _380822_　Age _39_　Housing _J Ag 1/2_　Job Assignment: _40_

## OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:

_Chemical Agent_

Health Care Personnel Screening:　Date: _10-30-18_　Time: _1354_　Location Seen: _J Ag 1/2_

(Circle One)　Emergency / **Routine Sick Call** / Work Related　Allergies: _NKDA_

B/P _142/74_　Pulse _86_　Resp _18_　Temp _98⁰⁰_　Other _—_

Assessment/Comment: _pt Ambulate in shower to ᴼ Seen for chemical Agent, S/b A&O x Speaks w/o difficulty, pt States he was sprayed to the face with redness noted. flushing ea. of wiped positive. Ⓞ Sign of guarding Denies ↑ Sq weak & dirty, rinse pt using other compl Abd's Rg ↑ of pt inure_

_Prozac, Zyprexa, Keppra, MBjc, Nitate, Losartan_

**Disposition:**

_In show_　_MD_

**New Medications Ordered:**

_____

_____　　　Total #: _____

Screener's Signature: _C Jor dbr SSC_

**Health Care Practitioner Notes:**

_s/c_

_KDunn LPN_
_10/31/18_
_3:40pm_

HCP's Signature: _(signature)_　Date: _10/31/18_

☑ No Fees　☐ $3 Access Fee　☐ $6 Access Fee　☐ $2 for Each Prescription Fee: $ _0_　Total: $ _0_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_Unable to obtain_　_380822_　_10-30-18_　_Zd dbr SSN_
Offender's Signature　DOC#　Date　Witness Signature

Original - Offender's Medical Record　　Yellow - Business Office　　Pink - Offender's Copy