### 𝔇epartment of ℜublic ℨafety & ℭorrections
#### State of Louisiana
Louisiana State Penitentiary



**JOHN BEL EDWARDS**
Governor

**JAMES M. LE BLANC**
Secretary

STATE OF LOUISIANA

WEST FELICIANA PARISH

ANGOLA, LOUISIANA


I hereby certify that the attached documents are TRUE AND CORRECT copies of the

originals that are maintained at Louisiana State Penitentiary.


Certified Copy of Unusual Occurrence Reports dated October30, 2018 by Juan Manchester



Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP



Date: 12-3-19


**EXHIBIT 3**

Alphonse Porter 380822 Case

Form C-05-001-W-1
15 July 2011

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: Louisiana State Penitentiary

| NAME<br>Alphonse Porter | NUMBER<br>#380822 | DORM OR CELLBLOCK<br>Jag 1 Right | DATE OF INCIDENT<br>10/30/18 | TIME OF INCIDENT<br>12:30 pm |
|---|---|---|---|---|

| LOCATION OF INCIDENT<br>Jag 1 Right | WITNESSES: Sgt. Stewart |
|---|---|

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured in Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team/Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike – Individual
- [ ] Hunger Strike – Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation – Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Warden

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [ ] Immediate
  - [ ] Planned
  - [x] Chemical Agents on Single Offender
  - [ ] Use of Taser
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [ ] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
  - [x] Use of Body Camera

* Copy to Investigations

RECEIVED

NOV 08 2018

LSP/RECORDS

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Captain Manchester responded to a beeper activation on Jag 1 Right unit. I activated my body camera and a short time later I arrived on the unit. I was informed by Sgt. Stewart that the above named offender was causing a disturbance by banging on his table in his cell. Offender Porter was escorted to Tiger 1 Right and after placing him in a cell, the above offender refused to come to the cell bars so that I could remove the restraints. I gave offender Porter several direct verbal orders to come to the bars in order to remove the restraints but he flatly refused. I exited the tier and retrieved chemical agent and gave offender Porter another direct verbal order to come to the bars and he refused. I administered the minimum amount of chemical agent into the cell and retrieved the restraints. The above offender and all other offenders housed on Tiger 1Right tier was treated by Medical personnel. Offender Porter was given a jumpsuit and shower. Major Voorhies was notified. Beginning weight 496 grams. End Weight: 350 grams.

| REPORTING OFFICER<br>Juan Manchester. Camp C/BTEAM | 10-30-18<br>DATE COMPLETED | 1:00 pm<br>TIME COMPLETED |
|---|---|---|

UOR/Page 2

| Name:<br>Alphonse Porter | Number:<br>380822 | Dorm or Cellblock:<br>Jag 1 Right | Date of Incident:<br>10-30-18 | Time of Incident:<br>12:30pm |
|---|---|---|---|---|
| Location of Incident:<br>Camp C  Tiger 1 Right | | Witnesses:<br>None | | |

**(Description of Incident Continued)**

On the above date and time I, Capt Manchia responded to a beeper action on Jug 1 Right. I activated my body camera and short time later I arrived on the unit. I was informed by Sgt Stewart that the above named offender was causing a disturbance by banging on his table in his cell. Offender Porter was escorted to Tiger-1 Right and after placing him in a cell, the above offender refused to come to the bars so the restraints could be removed. I gave offender Porter several orders to come to the bars in order to remove the restraints but he flatly refused. I exited the tier and retrieved chemical agents and gave offender Porter another direct verbal order to come to the bars and he refused. I administered the minimum amounts of chemical agents into the cell and retrieved the restraints. The above offender and Tiger 1 Right tier was treated by Medical personnel. Offender Porter was given a jumpsuit and shower. Major Voorhes was notified. Beginning weight : 494 gram End weight : 350 gram.

REPORTING OFFICER              DATE COMPLETED 10/30/18              TIME COMPLETED 1:00 pm
Captain Juan Manchester/B TEAM