## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

PORTER

CIVIL ACTION

VERSUS

19-411-SDD-RLB

MANCHESTER, ET AL.

## RULING

The Court has carefully considered the *Motion for Summary Judgment*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated January 4, 2021, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction in connection with any potential state law claims.

**THUS, IT IS HEREBY ORDERED** that the *Motion for Summary Judgment* (Rec. Doc. 20), is granted in part and the Plaintiff's claims for violation of his First Amendment Rights and RLUIPA asserted against all Defendants, and the Plaintiff's claim for failure to intervene in the excessive use of force asserted against Defendant, Shannon Demars, are dismissed, with prejudice.

---

[1] Rec. Doc. 20.
[2] Rec. Doc. 21.

**IT IS FURTHER ORDERED** that, in all other regards the *Motion* (Rec. Doc. 20) is DENIED, and this matter is hereby referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana on February 3, 2021.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**